

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>Thoel Richard ALGER Jr.<br><br>                              Defendant. | Magistrate Case No.: '07 MJ 8838<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 6, 2007, within the Southern District of California, defendant Thoel Richard ALGER Jr. did knowingly and intentionally import approximately 34.94 kilograms (76.86 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 9th DAY OF OCTOBER, 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Thoel Richard ALGER Jr.

### STATEMENT OF PROBABLE CAUSE

I, Special Agent Victor Esparza, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On October 6, 2007, at approximately 1805 hours, Thoel Richard ALGER Jr. entered the United States from Mexico, through the Calexico, California, West Port of Entry. ALGER was driving a 2002 Buick Century that was registered in his name. Also in the vehicle as a passenger was his wife, Marian Barth ALGER. At the time, Canine Enforcement Officer Jeffrey Jones was conducting a pre-primary inspection in the vehicle entry lanes with his Narcotic Detection Dog. The Narcotic Detection Dog alerted to the presence of a narcotic odor emanating from the vehicle that ALGER was driving. Customs and Border Protection Officer, Mario Relente was manning the primary booth at lane #4 and after being informed of the canine alert, he referred the vehicle and both occupants to secondary for further inspection

In secondary, upon further inspection a total of nine (9) packages were discovered concealed in a hidden compartment in the rear seat backrest. CBP Officer Joseph Carp probed one of the packages and a sample of a green leafy substance was extracted, that field-tested positive for marijuana. The (9) packages had a combined net weight of approximately 34.94 kilograms of marijuana or (76.86 pounds).

ALGER was arrested for importation of marijuana into the United States. ALGER was advised of his rights per Miranda, which he acknowledged and waived. ALGER admitted to Special Agent Victor Esparza knowledge of the marijuana inside the vehicle. ALGER stated that he was going to receive $700 to drive the vehicle across and leave it at the Macdonald's parking lot in Beaumont, CA. Marian Barth ALGER the passenger was released due to lack of knowledge.

Executed on 10/06/2007 at 2330 hours.

_____
Victor Esparza, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of three _3_ pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on __10/6/07__, in violation of Title 21 United States Code, Section(s) 952 &

_____    Date/Time __10/7/07 - 145 pm__
United States Magistrate Judge