AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| THOEL RICHARD ALGER JR. | CASE NUMBER: 07CR3016-WQH<br>07MJ8838 |

I, THOEL RICHARD ALGER JR., the above-named defendant, who is accused of committing the following offense: 21 USC §§ 950/960

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/6/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
　　　　　Judicial Officer

**FILED**

NOV - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　EF　　　　　　DEPUTY